Jo CARPENTER, Petitioner,

v.

DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION, Respondent,

and

The Markswright Company, Inc., Intervenor.

No. 13–AA–0703.

District of Columbia Court of Appeals.

Filed July 2, 2015.

Before WASHINGTON, Chief Judge; McLEESE, Associate Judge; and BELSON, Senior Judge.

## ORDER

PER CURIAM.

It appearing that, on December 10, 2014, this court issued a memorandum opinion and judgment in the matter of *Jo Carpenter v. District of Columbia Rental Housing Commission and the Markswright Company, Inc.,* appeal no. RH–TP No. 29, 840–10, it is hereby

ORDERED, *sua sponte,* that the memorandum opinion and judgment in *Jo Carpenter v. District of Columbia Rental Housing Commission and the Markswright Company, Inc.,* appeal no. RH–TP No. 29, 840–10, issued on December 10, 2014, is withdrawn and is reissued forthwith as a published opinion.